**B1 (Official Form 1)(1/08)**

| United States Bankruptcy Court<br>District of Colorado | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Xavier PS, Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Servpro of Castle Rock/Parker** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**81-0633257** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6950 S. Tucson Way**<br>**Centennial, CO**           ZIP Code **80112** | Street Address of Joint Debtor (No. and Street, City, and State):           ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Arapahoe** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):           ZIP Code | Mailing Address of Joint Debtor (if different from street address):           ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| :--- | :--- |
| *(This page must be completed and filed in every case)* | **Xavier PS, Inc** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| :--- | :--- | :--- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| :--- | :--- | :--- |
| Name of Debtor: **HIgh Country Assets, Inc.** | Case Number: | Date Filed: **10/22/09** |
| District: **Colorado** | Relationship: **Affliate** | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| :--- | :--- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): **Xavier PS, Inc** |
|---|---|
| *(This page must be completed and filed in every case)* | |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| **X** _____  Signature of Debtor  **X** _____  Signature of Joint Debtor  _____  Telephone Number (If not represented by attorney)  _____  Date | **X** _____  Signature of Foreign Representative  _____  Printed Name of Foreign Representative  _____  Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| **X** **/s/ Edward Levy**  Signature of Attorney for Debtor(s)  **Edward Levy 36090**  Printed Name of Attorney for Debtor(s)  **Edward Levy, P.C.**  Firm Name  **600 17th Street, Suite 610S**  **Denver, CO 80202**  _____  Address  **Email: elevy@edwardlevylaw.com**  **(303) 623-5700  Fax: (303) 295-0896**  Telephone Number  **October 20, 2009**  Date  *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.  _____  Printed Name and title, if any, of Bankruptcy Petition Preparer  _____  Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)  _____  Address  **X** _____  _____  Date  Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.  Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:  If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.  *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

| **Signature of Debtor (Corporation/Partnership)** |
|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.  **X** **/s/ Dana A. Folz**  Signature of Authorized Individual  **Dana A. Folz**  Printed Name of Authorized Individual  **President**  Title of Authorized Individual  **October 20, 2009**  Date |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Colorado

In re    **Xavier PS, Inc**            Case No. _____
                            Debtor(s)        Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **ADT Security Services** PO Box 371490 Pittsburgh, PA 15250-7490 | **ADT Security Services** PO Box 371490 Pittsburgh, PA 15250-7490 | | | **Unknown** |
| **America Express Travel Related Services** c/o Becket and Lee, LLP PO Box 3001 Malvern, PA 19355-0701 | **America Express Travel Related Services** c/o Becket and Lee, LLP PO Box 3001 Malvern, PA 19355-0701 | **Credit Card** | | 43,292.00 |
| **Bank of America/LaSalle Bank** PO Box 60069 City Of Industry, CA 91716-0069 | **Bank of America/LaSalle Bank** PO Box 60069 City Of Industry, CA 91716-0069 | **Foreclosure deficiency on 21809 E. Davies Circle, Centennial, Colorado** | | **Unknown** |
| **CBeyond** 3131 S. Vaughn Way #400 Aurora, CO 80014 | **CBeyond** 3131 S. Vaughn Way #400 Aurora, CO 80014 | **Internet and Telephone Services** | | **Unknown** |
| **Chase** PO Box 15298 Wilmington, DE 19850-5298 | **Chase** PO Box 15298 Wilmington, DE 19850-5298 | **Vacant land** | | 268,000.00 (Unknown secured) |
| **Chase** PO Box 15298 Wilmington, DE 19850 | **Chase** PO Box 15298 Wilmington, DE 19850 | **Business line of credit** | | 26,000.00 |
| **Chase Cardmember Services** PO Box 94014 Palatine, IL 60094-4014 | **Chase Cardmember Services** PO Box 94014 Palatine, IL 60094-4014 | **Business Visa** | | 23,000.00 |
| **Chrysler Financial** PO Box 9001921 Louisville, KY 40290-1921 | **Chrysler Financial** PO Box 9001921 Louisville, KY 40290-1921 | **Dodge Ram** | | 31,781.00 (0.00 secured) |
| **Colorado Department of Revenue Bankruptcy Unit** 1375 Sherman Street, Room 504 Denver, CO 80261 | **Colorado Department of Revenue Bankruptcy Unit** 1375 Sherman Street, Room 504 Denver, CO 80261 | **State Taxes** | | **Unknown** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Xavier PS, Inc**  
                    Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Compass Bank** PO Box 830696 Alexandria, VA 22313 | **Compass Bank** PO Box 830696 Alexandria, VA 22313 | **Isuzu Box Van** | | 4,674.00 (Unknown secured) |
| **Compass Bank** PO Box 830696 Alexandria, VA 22313 | **Compass Bank** PO Box 830696 Alexandria, VA 22313 | **Business line of credit** | | 29,000.00 |
| **Dex East** P.O. Box 78041 Phoenix, AZ 85062-8041 | **Dex East** P.O. Box 78041 Phoenix, AZ 85062-8041 | | | Unknown |
| **Echo Pages** 1251 N Cole Road Boise, ID 83704 | **Echo Pages** 1251 N Cole Road Boise, ID 83704 | **Advertising** | | Unknown |
| **FIA Card Services, N.A.** PO Box 15137 Wilmington, DE 19850-5137 | **FIA Card Services, N.A.** PO Box 15137 Wilmington, DE 19850-5137 | | | Unknown |
| **Fitness 19** 1120 S. Twenty Mile Road Parker, CO 80134 | **Fitness 19** 1120 S. Twenty Mile Road Parker, CO 80134 | | | Unknown |
| **G & K Services** 5995 Opus Parkway Hopkins, MN 55343 | **G & K Services** 5995 Opus Parkway Hopkins, MN 55343 | **Uniform Service** | | Unknown |
| **International Debt Resolution Company** 231 E. Main Street, Ste. 240 Round Rock, TX 78664 | **International Debt Resolution Company** 231 E. Main Street, Ste. 240 Round Rock, TX 78664 | **Collection: Lowes Credit Card** | | 17,243.00 |
| **IRS Special Procedures** SPF MS 5027 DEN 600 17th Street Denver, CO 80202-5402 | **IRS Special Procedures** SPF MS 5027 DEN 600 17th Street Denver, CO 80202-5402 | | | Unknown |
| **Toyota Motor Credit Company** PO Box 5236 Carol Stream, IL 60197-5236 | **Toyota Motor Credit Company** PO Box 5236 Carol Stream, IL 60197-5236 | **Vehicle lease deficiency** | | 16,273.00 |
| **United/Chase** P.O. Box 94014 Palatine, IL 60094-4014 | **United/Chase** P.O. Box 94014 Palatine, IL 60094-4014 | **Business Credit Card** | | 20,107.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Xavier PS, Inc** _____   Case No.   _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 20, 2009** _____   Signature  **/s/ Dana A. Folz** _____
                                                        **Dana A. Folz**
                                                        **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.